**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1093

JIMMY C. ARTRIP,

Petitioner,

versus

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PRO-
GRAMS, UNITED STATES DEPARTMENT OF LABOR;
ISLAND CREEK COAL COMPANY,

Respondents.

On Petition for Review of an Order of the Benefits Review Board.
(98-112-BLA)

Submitted:  May 18, 1999          Decided:  June 9, 1999

Before WIDENER and KING, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

Affirmed by unpublished per curiam opinion.

Jimmy C. Artrip, Petitioner Pro Se.  Patricia May Nece, Jeffrey
Steven Goldberg, Christian P. Barber, UNITED STATES DEPARTMENT OF
LABOR, Washington, D.C.; Ann Brannon Rembrandt, JACKSON & KELLY,
Charleston, West Virginia, for Respondents.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jimmy C. Artrip seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 1998). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Artrip v. Director, Office of Workers' Compensation Programs, BRB No. 98-112-BLA, (B.R.B. Dec. 9, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2